# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TOMAS D DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>        Defendant. | CASE NO. 3:18-CV-05085-RSL-DWC<br><br>REPORT AND RECOMMENDATION ON MOTION FOR STIPULATED REMAND<br><br>Noting Date: July 10, 2018 |

The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United States Magistrate Judge David W. Christel. Presently before the Court is Defendant's Stipulated Motion for Remand. Dkt. 15.  After reviewing Defendant's Stipulated Motion and the relevant record, the Court recommends the following:

Defendant's Motion be granted, and the case be reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the Court recommends the Administrative Law Judge (ALJ) shall:

- Consider the issue of reopening the prior claim filed in 2012;
- Reevaluate the medical opinion evidence and the third party statement of Tony Davis;
- Reevaluate Plaintiff's reported symptoms and limitations; and
- Issue a new decision.

The parties agree Plaintiff is entitled to reasonable attorney fees, expenses, and costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, upon proper request to the Court.

Given the facts and the parties' stipulation, the Court recommends the District Judge immediately approve this Report and Recommendation.

Dated this 10th day of July, 2018.

David W. Christel
United States Magistrate Judge