UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| TOMAS DAVIS, | ) | CIVIL NO. 3:18-CV-05085-RSL-DWC |
| Plaintiff, | ) | AGREED ORDER RE EAJA FEES |
| vs. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA),

28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA

attorney's fees of $3,852.98 are awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S.

2521 (2010).  If it is determined that Plaintiff's EAJA fees are not subject to any offset

allowed under the Department of the Treasury's Offset Program, then the check for EAJA

fees shall be made payable to JEANETTE LAFFOON, based upon Plaintiff's assignment

of these amounts to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to

Plaintiff's counsel, JEANETTE LAFFOON, at 410-A South Capitol Way, Olympia, WA

98501.

AGREED ORDER RE EAJA FEES     - Page 1
[3:18-CV-05085-RSL-DWC]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1    DATED: August 2, 2018.

2

3                                              _M. S Lasnik_
                                               Robert S. Lasnik
4                                              United States District Judge

5

6

     Presented by:
7

8    /s/ JEANETTE LAFFOON
     JEANETTE LAFFOON, WSBA #30872
9    Attorney for Plaintiff

10

11   Approved for entry,
     Notice of presentation waived:
12

13   /s/ DAVID J. BURDETT
     DAVID J. BURDETT
14   Special Assistant U.S. Attorney
     Attorney for Defendant
15   *(signed per email authorization)*

16

17

18

19

20

21

22

23

24

25

AGREED ORDER RE EAJA FEES    - Page 2           MADDOX & LAFFOON, P.S.
[3:18-CV-05085-RSL-DWC]                         410-A South Capitol Way
                                                Olympia, WA. 98501
                                                (360) 786-8276